UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JEFFREY DENNIS ROE, ) | |
| ) | |
| Petitioner, ) | No. EDCV 08-1566-R (AJW) |
| ) | |
| vs. ) | |
| ) | JUDGMENT |
| JAMES A. YATES, Warden, ) | |
| ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: _January 5, 2009_

_____
Manuel L. Real
United States District Judge